UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| DALTON DOUGLAS, derivatively on behalf of Nominal Defendant, AGILON HEALTH, INC., <br>    Plaintiff, <br>v. <br>STEVEN J. SELL, TIMOTHY S. BENSLEY, GLENN SOBOTKA, MICHELLE A. GOURDINE, MICHAEL L. SMITH, RONALD A. WILLIAMS, SHARAD MANSUKANI, CLAY RICHARDS, RAVI SACHDEV, RICHARD J. SCHNALL, DEREK L. STRUM, WILLIAM WULF, PRISCILLA KASENCHAK, DIANA L. MCKENZIE, KAREN MCLOUGHLIN, JEFFREY A. SCHWANEKE, and CD&R VECTOR HOLDINGS, L.P., <br>    Defendants, <br>and <br>AGILON HEALTH, INC., <br>    Nominal Defendant. | Case No. 1:24-cv-00531-DAE |
| JULIE BINGHAM, derivatively on behalf of Nominal Defendant, AGILON HEALTH, INC., <br>    Plaintiff, <br>v. <br>STEVEN J. SELL, RONALD A. WILLIAMS, RAVI SACHDEV, SILVANA BATTAGLIA, SHARAD MANSUKANI, DIANA L. MCKENZIE, KAREN MCLOUGHLIN, WILLIAM WULF, MICHELLE A. GOURDINE, MICHAEL L. SMITH, CLAY RICHARDS, RICHAR J. SCHNALL, DEREK L. STRUM, JEFFREY A. SCHWANEKE, TIMOTHY S. BENSLEY, GIRISH VENKATACHALIAH, and HEIDI HITTNER, <br>    Defendants, <br>and <br>AGILON HEALTH, INC., <br>    Nominal Defendant | Case No. 1:24-cv-01181-DAE |

**ORDER GRANTING CONSOLIDATION**

1.    Pursuant to Fed. R. Civ. P. 42(a), the following actions are hereby consolidated for all purposes: *Douglas v. Sell et al.*, Case No. 1:24-cv-00531-DII (the "*Douglas* Action") and *Bingham v. Sell et al.*, Case No. 1:24-cv-01181-DII (the "*Bingham* Action") (collectively, the "Consolidated Derivative Action"). The Consolidated Derivative Action shall be recaptioned as "*In re Agilon Health, Inc. Shareholder Derivative Litigation*" and will proceed under Case No. 1:24-cv-00531-DII. All papers filed in connection with the Consolidated Derivative Action will be maintained in one file under Case No. 1:24-cv-00531-DII.

2.    Every pleading filed in the Consolidated Derivative Action shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| IN RE AGILON HEALTH, INC. SHAREHOLDER DERIVATIVE LITIGATION | ) ) ) ) | Case No. 1:24-cv-00531-DII |
|---|---|---|
| This Document Relates to:<br><br>ALL ACTIONS. | ) ) ) ) ) ) | |

3.    Plaintiffs Dalton Douglas and Julie Bingham shall serve as Co-Lead Plaintiffs.

4.    The Brown Law Firm, P.C. and Rigrodsky Law, P.A. are hereby designated as Co-Lead Counsel representing Co-Lead Plaintiffs in the Consolidated Derivative Action.

5.    Counsel for all Defendants may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representative of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

6.    Co-Lead Counsel shall have the sole authority to speak for Plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work

assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

7.   Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of Co-Lead Plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

8.   This Order shall apply to each related shareholder derivative action involving the same, or substantially the same, allegations and claims, and arising out of the same, or substantially the same, transactions or occurrences as the Consolidated Derivative Action, that is subsequently filed in, removed to, reassigned to, or transferred to this Court ("Related Derivative Actions"). When a shareholder derivative action that properly belongs as part of *In re agilon health, Inc. Shareholder Derivative Litigation*, Case No. 1:24-cv-00531-DII, is hereafter filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re agilon health, Inc. Shareholder Derivative Litigation*, Case No. 1:24-cv-00531-DII, and counsel for Plaintiffs and Defendants are to assist in assuring that counsel in subsequent actions receive notice of this Order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Derivative Action shall apply to all later shareholder derivative actions involving the Company filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, which actions shall be consolidated into the Consolidated Derivative Action.

9.   All papers and documents previously filed and/or served in the Related Derivative Actions shall be deemed a part of the record in the Consolidated Derivative Action.

10. The stay order entered in the *Douglas* Action applies to the Consolidated Derivative Action. Once the stay is terminated, Co-Lead Plaintiffs shall designate an operative complaint for the Consolidated Derivative Action. Defendants shall have no obligation to respond to the individual complaints filed in the *Douglas* Action or *Bingham* Action or in any other action consolidated with the Consolidated Derivative Action until the stay is terminated and Plaintiffs designate an operative complaint for the Consolidated Derivative Action.

11. This Order is entered without waiver of any rights, claims, defenses, objections or arguments in this matter, and it does not prejudice any such rights, claims, defenses, objections or arguments, including, without limitation, any arguments regarding personal jurisdiction or venue.

**IT IS SO ORDERED.**

Date: Nov. 22, 2024

~~HONORABLE ROBERT PITMAN~~
Sr. U.S. District Judge David A. Ezra

3